UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS STEFAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>WACHOVIA WORLD SAVINGS, et al.,<br><br>    Defendants. | Case No:  C 09-2252 SBA<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>[Docket 13] |

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's pro se request for an extension of time to file an opposition to Defendant Wachovia World Savings' motion to dismiss (Docket 7) and motion to strike (Docket 9) is GRANTED.  Plaintiff shall have until August 7, 2009 to file his opposition papers.  Defendant shall have until August 14, 2009 to file its reply papers.  The failure to timely file a response will be deemed to be a consent to the granting of the foregoing motions.  The hearing on Defendant's motions will take place on **September 29, 2009 at 1:00 p.m.** in Courtroom 3 of the United States District Court, 1301 Clay St., 3rd Fl., Oakland, CA  94612.  The Court, in its discretion, may adjudicate the motions without oral argument, pursuant to Federal Rule of Civil Procedure 78(b).  The parties are advised to check the Court's website to determine whether an appearance on the motion is required.

This Order terminates Docket 13.

IT IS SO ORDERED.

Dated: July 22, 2009                                  _____
                                                              Hon. Saundra Brown Armstrong
                                                              United States District Judge